UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARITSA PAPAANDREAS | Case No. 3:17-cv-00001-MMD-VPC |
| Plaintiff, | **MINUTES OF PROCEEDINGS** |
| vs. | |
| BILL PEARCE MOTORS and BARRY BELL, | April 19, 2017 |
| Defendants. | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  Katie Lynn Ogden  </u>     REPORTER:  <u>           FTR           </u>

COUNSEL FOR PLAINTIFF:  <u> William J. Geddes (Present)                    </u>

COUNSEL FOR DEFENDANTS:  <u> Michael E. Malloy, Enrique Raul Schaerer (Telephonically) </u>

**MINUTES OF PROCEEDINGS: Pre-ENE Status Conference**

9:35 a.m.  Court convenes.

The court convenes to address Defendants' "Ex Parte Motion for Insurance Representative to Appear by Telephone at ENE Conference [LR II 16-6]" (ECF No. 21).  The court is in receipt of the parties' "Joint ENE Status Report" (ECF No. 22).

The court discusses with defense counsel the importance and purpose of the requirement to have an authorized representative with final settlement authority present during the upcoming Early Neutral Evaluation ("ENE") session.

The court hears statements from both Defendants' counsel and Plaintiff's counsel.
Albeit the court's reluctance to approve the telephonic appearance of Defendants' insurance representative, and in light of the Plaintiff's non-opposition to Defendants' request, the Defendants' motion (ECF No. 21) is **GRANTED**.

The court will contact the Defendants' insurance representative approximately five (5) minutes prior to the ENE session starting at the contact information provided during today's conference.  The insurance representative will remain available by telephone during the full duration of the ENE session.

1

Minutes of Proceedings
3:17-cv-00001-MMD-VPC
April 19, 2017

The court encourages the parties to exchange the non-confidential portion of their ENE Statements. LR 16-6(f)(2).

There being no additional matters to address at this time, court adjourns at 10:02 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk